UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos: 3:06-cr-154 |
| Plaintiff, | 3:09-cv-008 |
| vs. | Judge Timothy S. Black |
| | Magistrate Judge Michael J. Newman |
| THOMAS L. McCAULEY, | |
| Defendant. | |

### DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (Doc. 107); (2) DENYING DEFENDANT'S MOTION TO VACATE (Doc. 88); (3) DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY OR LEAVE TO FILE IN FORMA PAUPERIS; AND (4) TERMINATING THESE CASES

This case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael J. Newman, who recommends that Defendant's Motion to Vacate be denied. (Doc. 107). The parties filed no objections to the Report and Recommendations of the Magistrate Judge and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the comprehensive findings of the Magistrate Judge, considered all issues presented in Defendant's Motion *de novo*, and concludes that: (1) the Report and Recommendations of the Magistrate Judge (Doc. 107) should be and hereby is **ADOPTED** in its entirety; (2) Defendant's Motion to Vacate (Doc. 88) should be and hereby is **DENIED**; (3) any requested certificate of appealability and/or leave to appeal *in forma pauperis* should be and hereby is **DENIED**; and (4) these cases are hereby terminated.

**IT IS SO ORDERED.**

Date: 9/13/11

Timothy S. Black
United States District Judge