**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

                              **CASE NO.    3:06-cr-154**
                                                    **3:09-cv-008**

**-vs-**

                              **District Judge Timothy S. Black**
                              **Magistrate Judge Michael J. Newman**

**THOMAS L. McCAULEY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the Magistrate Judge (Doc. 107 in 3:06-cr-154) is **ADOPTED**; that the Defendant's Motion to Vacate (Doc. 88) is **DENIED**; any requested certificate of appealability or leave to file in forma pauperis is **DENIED**; and these case are **TERMINATED.**

Date:   September 13, 2011                            **JAMES BONINI, CLERK**

                                                                              By: <u>s/ M. Rogers</u>
                                                                               Deputy Clerk