**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

                                  **CASE NO.**    **3:06-cr-154**
                                                             **3:09-cv-008**

**-vs-**

                                **District Judge Timothy S. Black**
                                **Magistrate Judge Michael J. Newman**

**THOMAS L. McCAULEY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]**  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**  **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the Magistrate Judge (Doc. 107 in 3:06-cr-154) is **ADOPTED**; that the Defendant's Motion to Vacate (Doc. 88) is **DENIED**; any requested certificate of appealability or leave to file in forma pauperis is **DENIED**; and these case are **TERMINATED.**

Date:  September 13, 2011                         **JAMES BONINI, CLERK**

                                                          By: s/ M. Rogers
                                                          Deputy Clerk